IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

    Plaintiff,

v.

GARY BOUGHTON and ALL DOC DEPT OF
CORRECTIONAL IN WIS.,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-161-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Helson Pabon Gonzalez's failure to state a claim upon which relief may be granted.

/s/                                                          8/27/2018

Peter Oppeneer, Clerk of Court                     Date